STATE OF HAWAII, Plaintiff-Appellee, *v.* SHARON AHN, Defendant-Appellant

NO. 5589

FEBRUARY 28, 1975

RICHARDSON, C.J., KOBAYASHI, OGATA
AND MENOR, JJ., AND RETIRED JUSTICE LEWIS
ASSIGNED BY REASON OF VACANCY

*Per Curiam.* Assuming without deciding that there was no error in the admission of evidence, nevertheless, the evidence that was adduced in this case is insufficient to support the conviction of appellant of the crime for which she was charged. *State v. Rocker,* 52 Haw. 336, 347, 475 P.2d 684, 691 (1970).

Reversed and remanded for entry of judgment of acquittal of the appellant.

*Max Nakata Garcia* for defendant-appellant.

*Herbert T. Woolley,* Deputy Prosecuting Attorney *(Barry Chung,* Prosecuting Attorney, of counsel) for plaintiff-appellee.